IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL GALE, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Civil Action No. 3:12-CV-1803-N | |
| § | | |
| PROSKAUER ROSE LLP, *et al.*, § | | |
| § | | |
| Defendants. § | | |
| | | |
| CONSUELO IBARRA, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Civil Action No. 3:12-CV-1805-N | |
| § | | |
| PROSKAUER ROSE LLP, *et al.*, § | | |
| § | | |
| Defendants. § | | |
| | | |
| PAM REED, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Civil Action No. 3:12-CV-1806-N | |
| § | | |
| PROSKAUER ROSE LLP, *et al.*, § | | |
| § | | |
| Defendants. § | | |
| | | |
| MIGUEL GREEN, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Civil Action No. 3:12-CV-1808-N | |
| § | | |
| PROSKAUER ROSE LLP, *et al.*, § | | |

ORDER – PAGE 1

|  | § |  |
| --- | --- | --- |
| Defendants. | § |  |
|  | § |  |
| JUAN F. MARTIN, *et al.*, | § |  |
|  | § |  |
| Plaintiffs, | § |  |
|  | § |  |
| v. | § | Civil Action No. 3:12-CV-1809-N |
|  | § |  |
| PROSKAUER ROSE LLP, *et al.*, | § |  |
|  | § |  |
| Defendants. | § |  |

## ORDER

This Order addresses pending motions to remand: [10] *in* 3:12-CV-1803-N; [6] *in* 3:12-CV-1805-N; [9] *in* 3:12-CV-1806-N; [11] *in* 3:12-CV-1808-N; [7] *in* 3:12-CV-1809-N. On July 24, 2012, Defendants responded to Plaintiffs' motions to remand requesting deferral of consideration until the Supreme Court's decision in *Chadbourne & Parke LLP v. Troice*, 134. S.Ct. 1058 (2014). Given the Supreme Court's decision, this Court orders that Defendants must respond to the pending motions to remand within twenty-one (21) days from the date of this Order. The Plaintiffs may reply fourteen (14) days after the date of Defendants' response.

Signed September 8, 2014.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2