IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL GALE, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>PROSKAUER ROSE LLP, *et al.*,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:12-CV-1803-N |
| CONSUELO IBARRA, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>PROSKAUER ROSE LLP, *et al.*,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:12-CV-1805-N |
| PAM REED, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>PROSKAUER ROSE LLP, *et al.*,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:12-CV-1806-N |
| MIGUEL GREEN, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>PROSKAUER ROSE LLP, *et al.*,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:12-CV-1808-N |

| | | |
|---|---|---|
| JUAN F. MARTIN, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:12-CV-1809-N |
| PROSKAUER ROSE LLP, *et al.*, | § § § | |
| Defendants. | § | |

# ORDER

IT IS HEREBY ORDERED that the above-captioned cases are stayed until the sooner of thirty (30) days after issuance of a decision by this Court on plaintiffs' forthcoming motion for class certification in *Troice, et al. v. Proskauer Rose, LLP*, et al., Civil Action No. 3:09-cv-1600-N, or the issuance of a final order dismissing the complaint in that action.

Signed October 3, 2014.

_____
David C. Godbey
United States District Judge

2